# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2008

136405

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SHELLY M. KRASTES,
   Plaintiff-Appellant,
and

AUTO CLUB OF MICHIGAN,
   Intervening Plaintiff,

v

HASELEY CONSTRUCTION COMPANY,
INC., RELIANCE INSURANCE COMPANY,
INC., and MICHIGAN PROPERTY &
GUARANTY ASSOCIATION,
   Defendants-Appellees,
and

GRAYCOR SERVICES, AMERICAN RISK
FUNDING INSURANCE COMPANY, FLUOR
CORPORATION, and CONTINENTAL
CASUALTY COMPANY,
   Defendants.

SC: 136405
COA: 276545
WCAC: 02-000351

_____/

   On order of the Court, the application for leave to appeal the April 10, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

   KELLY, J., would grant leave to appeal.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2008

0917

        Clerk